**Richard L. LOABE Claimant–Appellee,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 03–7136.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Francis M. Jackson, Principal Attorney, Jackson & MacNichol, Portland, ME, for Claimant–Appellee.

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

### ORDER

Richard L. Loabe moves to dismiss the Secretary of Veterans Affairs' appeal or, in the alternative, to establish a briefing schedule. The Secretary opposes and moves to vacate the Court of Appeals for Veterans Claims' decision in *Loabe v. Principi*, 01–2015 (February 6, 2003), and have the case remanded for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed.Cir.2004).* Loabe replies.

---

* Before filing the motion to vacate and remand, the Secretary sought a continuance of the stay, which Loabe opposed. The motion to continue the stay is granted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Loabe's motion to dismiss is denied.

(2) Loabe's alternative motion to establish a briefing schedule is denied.

(2) The Secretary's motion to vacate and remand is granted.

---

\* Before filing the motion to vacate and remand, the Secretary sought a continuance of the stay in the above appeal, which Lucas